**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00597-AP

JOHN N. GIBSON,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

---

Joint Case Management Plan

---

**1.    APPEARANCES OF COUNSEL**

| For Plaintiff: | For Defendant: |
|---|---|
| Diane K. Bross | Daniel E. Burrows |
| 2139 Chuckwagon Rd., Ste 305 | Special Assistant U.S. Attorney |
| Colorado Springs, CO 80919 | Office of the General Counsel |
| (719) 634-7734 | Social Security Administration |
| dianebross@dianebrosslaw.com | 1001 17th St |
| | Denver, CO 80202 |
| | (303) 844-7356 |
| | daniel.burrows@ssa.gov |

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

This Court has jurisdiction based on Social Security Act § 1631(c)(3), 42 U.S.C. § 1383(c)(3) (2006).

**3.    DATES OF FILING RELEVANT PLEADINGS**

    A.    <u>Date Complaint Was Filed</u>: March 7, 2013

    B.    <u>Date Complaint Was Served on U.S. Attorney's Office</u>: April 1, 2013

  C. <u>Date Answer and Administrative Record Were Filed</u>: May 30, 2013

**4.** **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of their knowledge, the parties believe the administrative record is complete and accurate.

**5.** **STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6.** **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties do not believe this case raises any unusual claims or defenses.

**7.** **OTHER MATTERS**

This case is *not* on appeal from a decision issued on remand. The parties have no other matters to bring to the attention of the Court.

**8.** **BRIEFING SCHEDULE**

  A. <u>Plaintiff's Opening Brief Due</u>: July 25, 2013

  B. <u>Defendant's Response Brief Due</u>: August 26, 2013

  C. <u>Plaintiff's Reply Brief (If Any) Due</u>: September 10, 2013

**9.** **STATEMENTS REGARDING ORAL ARGUMENT**

  A. <u>Plaintiff's Statement</u>: Plaintiff does not request oral argument.

  B. <u>Defendant's Statement</u>: Defendant does not request oral argument.

**10.** **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

The parties do not consent to the exercise of jurisdiction by a magistrate judge.

**11.** **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

Parties filing motions for extensions of time or continuances must comply with D.C.COLO.LCivR 7.1(E) by submitting proof that a copy of the motion has been served upon the *moving attorney's client*, all attorneys of record, and all pro se parties.

The parties agree that the joint case management plan may be altered or amended only upon a showing of *good cause*.

DATED this 27th day of June, 2013

BY THE COURT:

 *s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

JOHN F. WALSH
U.S. Attorney

s/*Diane K. Bross*
DIANE K BROSS
2139 Chuckwagon Rd., Ste 305
Colorado Springs, CO 80919
(719) 634-7734
dianebross@dianebrosslaw.com

Attorney for Plaintiff

J. BENEDICT GARCÍA
Assistant U.S. Attorney


s/ *Daniel E. Burrows*
DANIEL E. BURROWS
Special Assistant U.S. Attorney
Social Security Administration, Region VIII
Office of the General Counsel
1001 17th St
Denver, CO 80202
(303) 844-7356
daniel.burrows@ssa.gov

Attorneys for Defendant